## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOBBIE O'BRYAN, JR.,** *et al.*, | * | **MASTER CIVIL ACTION NO. 2:22-cv-3203** |
| Plaintiff, | * | *(Consolidated FLSA Action)* |
| | * | |
| v. | * | **FILING APPLIES TO BOTH** |
| | * | |
| **TERREBONNE PARISH** | * | **JUDGE IVAN L.R. LEMELLE** |
| **CONSOLIDATED GOVERNMENT,** | * | |
| | * | **MAG. JUDGE MICHAEL NORTH** |
| Defendant, | * | |
| | * | |
| *c/w* | * | |
| | * | |
| **KIMBERLY BERGERON,** *et al.* | * | |
| | * | **CIVIL ACTION NO. 2:23-cv-05160** |
| Plaintiffs, | * | *(Consolidated FLSA Action)* |
| | * | |
| v. | * | |
| | * | **JUDGE IVAN L.R. LEMELLE** |
| **TERREBONNE PARISH** | * | |
| **CONSOLIDATED GOVERNMENT** | * | **MAG. JUDGE MICHAEL NORTH** |
| | * | |
| Defendant, | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**NOW INTO COURT**, through undersigned counsel, comes Named Plaintiff Bobbie O'Bryan, Jr., on behalf of himself and all Opt-In Plaintiffs (*O'Bryan* Plaintiffs), the *Bergeron* Plaintiffs, Kimberly Bergeron, Jada Coleman, Kaycee Crochet, Brandy Gregoire, Kay Hartman, Brooke Hidalgo, Sierra Hunter, Dalanie Liner, Megan Cunningham (formerly Megan Locke), Avonye Miller, Kema Taylor, Rosalie Little, and Najah Williams and Defendant, Terrebonne Parish Consolidated Government ("TPCG") (collectively the "Parties"), who jointly submit the following Joint Motion for Approval of Settlement

5013617.1

Agreement and jointly move this Court to enter an Order and Judgment approving their settlement of the *O'Bryan* and *Bergeron* Plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. § 29 U.S.C. 201-219, and the federal Portal-to-Portal Pay Act, 29 §§ 251-262 (collectively "FLSA") in the form attached as Exhibit 2 to the Memorandum in Support.

The Parties reached a settlement during a settlement conference with Honorable Michael North on March 7, 2024. As more fully set forth in the accompanying Memorandum and its attached Exhibits 1-2, the Parties believe that the settlement as provided in the executed Settlement Agreement and Release (Exhibit 1 to the Memorandum) is in the best interests of the Parties and represents a fair, reasonable, and adequate resolution of the claims asserted in these consolidated actions.

The parties request that the Court include in its Order and Judgment a provision that a Judgement and Order of dismissal with prejudice will be made by the Court once Plaintiffs' counsel confirms that all settlement sums have been paid and Plaintiffs file a Motion to Dismiss with Prejudice these consolidated actions.

**WHEREFORE**, the Parties respectfully pray that this Court enter an Order and Judgment approving the Parties' settlement as memorialized in the forms and terms as set out in the Memorandum and its attached Exhibits: Exhibit 1 (Settlement and Release Agreement) with its exhibits 1A-1B (allocations), and Exhibit 2 (Order and Judgment), and that the Court order Plaintiffs to file a Motion to Dismiss with Prejudice so that the

Court can enter a final Order of dismissal with prejudice once all settlement proceeds have been paid.

        Respectfully submitted:

By: \_\_\_/s/ *Allen R. Vaught*_____
    Allen R. Vaught
    Trial Counsel
    TX Bar No. 24004966
    MS Bar No. 101695
    Admitted Pro Hac Vice
    Vaught Firm, LLC
    1910 Pacific Avenue, Ste. 9150
    Dallas, TX 75201
    (972) 707-7816 – Telephone
    (972) 591-4564 – Facsimile
    allen@vaughtfirm.com

    and

    Damon J. Baldone & Associates, APLC
    Damon J. Baldone (No. 21997)
    Thomas E. Dunn (No. 5185)
    162 New Orleans Blvd.
    Houma, LA 70364
    Telephone: (985) 868-3427
    Facsimile: (985) 872-2319
    Email: damon@baldonelaw.com
          thomas@baldonelaw.com
    ***Attorneys for Plaintiffs***

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By: /s/ *Eve B. Masinter*
E. FREDRICK PREIS, JR. (LA BAR #10704)
EVE B. MASINTER (LA BAR #01218), T.A.
RACHAEL A. JEANFREAU (LA BAR #33903)
PHILIP GIORLANDO (LA BAR # 38234)
909 Poydras Street, Suite 1500
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 584-5452
Email: Fred.Preis@bswllp.com mailto:
Email: Eve.Masinter@bswllp.com
Email: Rachael.Jeanfreau@bswllp.com
Email: Philip.Giorlando@bswllp.com
*Attorneys for Terrebonne Parish Consolidated Government*