## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBIE O'BRYAN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3203**<br>**C/W: 23-5160**<br>**RELATED TO: ALL** |
| **TERREBONNE PARISH**<br>**CONSOLIDATED GOVERNMENT** | **SECTION "B"(5)** |

### ORDER

Considering the "Unopposed Motion for Dismissal with Prejudice" ("Motion") filed by named plaintiff Bobbie O'Bryan, Jr., on behalf of himself and all opt-in plaintiffs ("O'Bryan Plaintiffs"), and plaintiffs Kimberly Bergeron, Jada Coleman, Kaycee Crochet, Brandy Gregoire, Kay Hartman, Brooke Hidalgo, Sierra Hunter, Dalanie Liner, Megan Cunningham (formerly Megan Locke), Avonye Miller, Kema Taylor, Rosalie Little, and Najah Williams ("Bergeron Plaintiffs") **(R. Doc. 141)**,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly, the above-captioned consolidated action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

New Orleans, Louisiana this 13th day of June, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE